B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## Northern District of Texas

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): **Zoo-Koncepts, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): **DBA Zoo-Kini's Soups, Salads & Grill** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) **75-2734210** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State): **1001 Main St** <br> **Room 501** <br> **Lubbock, TX** ZIP Code **79401** | Street Address of Joint Debtor (No. and Street, City, and State): ZIP Code |
| County of Residence or of the Principal Place of Business: **Lubbock** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): **P.O. Box 94540** <br> **Lubbock, TX** ZIP Code **79493** | Mailing Address of Joint Debtor (if different from street address): ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | **Zoo-Kini's** <br> **4414 82nd St** <br> **Unit 218** <br> **Lubbock, TX 79424** |

### Type of Debtor
(Form of Organization) (Check one box)

- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

### Tax-Exempt Entity
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

### Filing Fee (Check one box)

- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors

Check one box:
- ☒ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ 1-49 | ☒ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |

**Estimated Assets**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☒ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☒ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): **Zoo-Koncepts, LLC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)         (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
|---|
| **Zoo-Koncepts, LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

**X  /s/ Max R. Tarbox**
Signature of Attorney for Debtor(s)

**Max R. Tarbox 19639950**
Printed Name of Attorney for Debtor(s)

**Tarbox Law, P.C.**
Firm Name

**2301 Broadway**
**Lubbock, TX 79401**

Address

**Email: max@tarboxlaw.com**
**(806) 686-4448  Fax: (806) 368-9782**
Telephone Number

**November 30, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Fernando Bustos**
Signature of Authorized Individual

**Fernando Bustos**
Printed Name of Authorized Individual

**Receiver**
Title of Authorized Individual

**November 30, 2010**
Date

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Texas

In re **Zoo-Koncepts, LLC**
Debtor(s)

Case No.
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Atmos Energy** <br> P.O. Box 790311 <br> Saint Louis, MO 63179-0311 | **Atmos Energy** <br> P.O. Box 790311 <br> Saint Louis, MO 63179-0311 | | | **2,500.85** |
| **Benny Judah** | **Benny Judah** | | | **61,230.11** |
| **City of San Angleo - Utility** <br> 122 W. 1st Strest <br> San Angelo, TX 76902-5820 | **City of San Angleo - Utility** <br> 122 W. 1st Strest <br> San Angelo, TX 76902-5820 | | | **1,307.86** |
| **Dalsan Properties** <br> 17440 Dallas Parkway <br> Ste. 210 <br> Dallas, TX 75287 | **Dalsan Properties** <br> 17440 Dallas Parkway <br> Ste. 210 <br> Dallas, TX 75287 | **Unpaid rent Abilene store** | **Contingent** | **210,000.00** |
| **Doucet Plumbing** <br> dba 3D's Plumbing <br> 6474 Hwy 87 <br> N. Sideview Rd. <br> San Angelo, TX 76901 | **Doucet Plumbing** <br> dba 3D's Plumbing <br> 6474 Hwy 87 <br> San Angelo, TX 76901 | | | **3,867.84** |
| **Excel - Accounting** <br> 4703 112th Street <br> Lubbock, TX 79424 | **Excel - Accounting** <br> 4703 112th Street <br> Lubbock, TX 79424 | | | **1,500.00** |
| **Excel - Interest** <br> 4703 112th Street <br> Lubbock, TX 79424 | **Excel - Interest** <br> 4703 112th Street <br> Lubbock, TX 79424 | | | **123,519.41** |
| **Excel - Properties** <br> 4703 112th Street <br> Lubbock, TX 79424 | **Excel - Properties** <br> 4703 112th Street <br> Lubbock, TX 79424 | | | **67,375.72** |
| **Green Mountain Energy** <br> P.O. Box 650001 <br> Dallas, TX 75265 | **Green Mountain Energy** <br> P.O. Box 650001 <br> Dallas, TX 75265 | | | **2,883.44** |
| **Harrigan's - Amtrust** | **Harrigan's - Amtrust** | | | **1,636.70** |
| **ICA Properties** <br> 700 North Grant <br> 6th floor <br> Odessa, TX 79761 | **ICA Properties** <br> 700 North Grant <br> 6th floor <br> Odessa, TX 79761 | **Unpaid rent San Angelo store** | **Contingent** | **355,950.00** |

B4 (Official Form 4) (12/07) - Cont.

In re **Zoo-Koncepts, LLC** Case No.
                                          Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| KIMCO Realty Corp.<br>9903 Santa Monica Blvd. #1108<br>Beverly Hills, CA 90212 | KIMCO Realty Corp.<br>9903 Santa Monica Blvd. #1108<br>Beverly Hills, CA 90212 | Unpaid rent | | 631,772.53 |
| King & Gibson Advertising<br>4114 Avenue Q<br>Lubbock, TX 79412 | King & Gibson Advertising<br>4114 Avenue Q<br>Lubbock, TX 79412 | | | 5,675.36 |
| Platinum Advertising<br>4703 112th Street<br>Lubbock, TX 79424 | Platinum Advertising<br>4703 112th Street<br>Lubbock, TX 79424 | | | 7,675.06 |
| Sharon Hollingsworth, Tax A/C<br>P.O. Box 9514<br>Amarillo, TX 79105-9514 | Sharon Hollingsworth, Tax A/C<br>P.O. Box 9514<br>Amarillo, TX 79105-9514 | Personal property Randall County, TX | | 1,211.72<br><br>(0.00 secured) |
| Specs Refrigeration<br>P.O. Box 53193<br>Lubbock, TX 79453 | Specs Refrigeration<br>P.O. Box 53193<br>Lubbock, TX 79453 | | | 1,501.82 |
| TGC Appraisal District<br>P.O. Box 3307<br>San Angelo, TX 76902-3307 | TGC Appraisal District<br>P.O. Box 3307<br>San Angelo, TX 76902-3307 | Personal property Tom Green County, TX | | 3,581.48<br><br>(0.00 secured) |
| Travel Host<br>5121 69th St., Ste. B-3<br>Lubbock, TX 79424 | Travel Host<br>5121 69th St., Ste. B-3<br>Lubbock, TX 79424 | | | 2,700.00 |
| TXU Energy<br>P.O. Box 650638<br>Dallas, TX 75265-0700 | TXU Energy<br>P.O. Box 650638<br>Dallas, TX 75265-0700 | | | 3,984.28 |
| Watson Sysco Food Service<br>P.O. Box 5910<br>Lubbock, TX 79408 | Watson Sysco Food Service<br>P.O. Box 5910<br>Lubbock, TX 79408 | | | 47,094.02 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Receiver of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **November 30, 2010**      Signature  **/s/ Fernando Bustos**
                                           **Fernando Bustos**
                                           **Receiver**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

A & A Chimney Sweeps  
P.O. Box 94143  
Lubbock, TX 79493

A-Plus Self Storage  
2415 82nd Street  
Lubbock, TX 79423

Advanced Graphix  
520 23rd Street  
Lubbock, TX 79404

Advanced Refrigeration  
P.O. Box 66  
Wolfforth, TX 79382

Aladdin's Magicarpet  
1645 124th Street  
Lubbock, TX 79423

Alpha Omega Carpet  
P.O. Box 5862  
Abilene, TX 79608

Alsco  
P.O. Box 2508  
Lubbock, TX 79408-2508

Ameri Pride  
3508 Magnolia  
Lubbock, TX 79404

American Allied Pest Control  
1802 Glendale Dr.  
Abilene, TX 79603

American Bank of Commerce
3721 50th Street
Lubbock, TX 79413


Associated Publishing
Area-Wide Phone
P.O. Box 1008
Buffalo, NY 14240-1008


Assured Safety
c/o Celest Hindman
P.O. Box 16560
Lubbock, TX 79490


Atex Restaurant Supply
2008 S. Bryant Blvd
San Angelo, TX 76903


Atmos Energy
P.O. Box 790311
Saint Louis, MO 63179-0311


Ben E. Keith Foods
P.O. Box 1588
Amarillo, TX 79105


Benny Judah


Benny Judah
#38878077
Federal Correction Institution
P.O. Box 4050
Pollock, LA 71467


Benny Judah
#48878077
Federal Corrections Institute
P.O. Box 4050
Pollock, LA 71467

Big Country Restaurant
1349 Tracy Lynn Dr.
Abilene, TX 79601


Big Country Septic
7029 Maple Street
Abilene, TX 79602


Big Plate Restaurant
4417 50th Street
Lubbock, TX 79414


Brotherton Foods
2301 N. Chadbourne St.
San Angelo, TX 76903


Bug Express
2210 Austin
San Angelo, TX 76903


Bunyard Hasty Electric
P.O. Box 3885
San Angelo, TX 76902


C.A.D. of Taylor County
P.O. Box 1800
Abilene, TX 79604


Carol Brown
4909 59th Street
Lubbock, TX 79414


Central Restaurant
P.O. Box 78070
Indianapolis, IN 46278-7486

Cintas Corp
P.O. Box 88005
Chicago, IL 60680-1005


City of San Angleo - Utility
122 W. 1st Strest
San Angelo, TX 76902-5820


Cozzini Bros., Inc.
350 Howard Avenue
Des Plaines, IL 60018


D's Pest Control, Inc.
5810 64th Street
Lubbock, TX 79424-2702


Dalsan Properties
17440 Dallas Parkway
Ste. 210
Dallas, TX 75287


Dalsan Properties - Abilene
Attn: Wayne L. Nash
17440 Dallas Pkwy., Ste. 210
Dallas, TX 75287


Dataworks
41550 S. Windermere Street
Englewood, CO 80110


Direct Source Hamco
P.O. Box 270530
Flower Mound, TX 75027


Dish Network
Dept. 0063
Palatine, IL 60055-0063

Doucet Plumbing
dba 3D's Plumbing
6474 Hwy 87
N. Sideview Rd.
San Angelo, TX 76901


Duncan Disposal
P.O. Box 78829
Phoenix, AZ 85062-8829


EcoLab
P.O. Box 70343
Chicago, IL 60673-0343


Excel  - Accounting
4703 112th Street
Lubbock, TX 79424


Excel - Chuck
4703 112th Street
Lubbock, TX 79424


Excel - Interest
4703 112th Street
Lubbock, TX 79424


Excel - Postage
4703 112th Street
Lubbock, TX 79424


Excel - Properties
4703 112th Street
Lubbock, TX 79424


Gann and Sons AllTemp
3709 Catalina Ct.
Abilene, TX 79606

Green Mountain Energy
P.O. Box 650001
Dallas, TX 75265


Harrigan's - Amtrust


Harrigan's - Employee Insurance


Hygienics, LLC
P.O. Box 53668
Lubbock, TX 79453


ICA Properties
700 North Grant
6th floor
Odessa, TX 79761


ICA Properties, Inc. - San Angelo
700 N. Grant
Sixth Floor
Odessa, TX 79761


Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114


Jackson Lloyd
P.O. Box 187
Longview, TX 75606


KIMCO Realty Corp.
9903 Santa Monica Blvd.
#1108
Beverly Hills, CA 90212

KIMCO Realty Corp. - Amarillo
9903 Santa Monica Blvd.
#1108
Beverly Hills, CA 90212


King & Gibson Advertising
4114 Avenue Q
Lubbock, TX 79412


Lakeridge Country Club
8802 Vicksburg Dr.
Lubbock, TX 79424


LocalLinux, Inc.
4206-A 50th Street
Lubbock, TX 79413


Longmire Plumbing, Inc.
4425 Crawford Dr.
Abilene, TX 79602-7825


Lubbock C.A.D.
P.O. Box 10568
Lubbock, TX 79408-3568


Lubbock Police Dept.
Neighborhood Services
P.O. Box 2000
Lubbock, TX 79457


Lubbock, The Village Shopping Center
Attn: Benny Nixon
2112 Indiana Avenue
Lubbock, TX 79410


Mayfield Paper
1115 S. Hill Street
San Angelo, TX 76903

Mrs. Baird's Bakeries
P.O. Box 846243
Dallas, TX 75284-6243


NTS Communications
P.O. Box 10730
Lubbock, TX 79408-3730


Platinum Advertising
4703 112th Street
Lubbock, TX 79424


Purifry
4526 Iberis Road
Abilene, TX 79606


Reliant Distribution
300 N. Marienfeld, Ste. 600
Midland, TX 79701


Roto Rooter
P.O. Box 53634
Lubbock, TX 79453


RW Services
P.O. Box 231
Abilene, TX 79604


SGI Amarillo-I
2805 Dallas Parkway
Ste. 110
Plano, TX 75093


Sharon Hollingsworth, Tax A/C
P.O. Box 9514
Amarillo, TX 79105-9514

Signs Your Way
P.O. Box 7681
Abilene, TX 79608


Southwestern Refrigeration
6610 Norfolk Ave
Lubbock, TX 79413


Specs Refrigeration
P.O. Box 53193
Lubbock, TX 79453


Texas Attorney General
P.O. Box 12548
Austin, TX 78711


Texas Screen Printers
2617 S. 1st Street
Abilene, TX 79605


TGC Appraisal District
P.O. Box 3307
San Angelo, TX 76902-3307


Trash Away Service, Inc.
P.O. Box 78829
Phoenix, AZ 85062-8829


Travel Host
5121 69th St., Ste. B-3
Lubbock, TX 79424


TXU Energy
P.O. Box 650638
Dallas, TX 75265-0700

U.S. Attorney General
U.S. Department of Justice
10th & Pennsylvannia Ave
Washington, DC 20530


U.S. Attorney's Office
Room 700
1205 Texas Aveue
Lubbock, TX 79401


Verizon
P.O. Box 920041
Dallas, TX 75392


Village Shopping Center
c/o Egenbacher Real Estate
Randy Egenbacher
P.O. Box 94337
Lubbock, TX 79493


Watson Sysco Food Service
P.O. Box 5910
Lubbock, TX 79408


West Texas Filters
P.O. Box 16560
Lubbock, TX 79490-6560