U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET



**The following constitutes the ruling of the court and has the force and effect therein described.**

_____
**United States Bankruptcy Judge**

**Signed December 10, 2010**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Zoo-Koncepts, LLC, | § | Case No. 10-50552-rlj-11 |
| | § | Chapter 11 |
| *Debtor* | § | **Hearing: December 9, 2010 @ 1:30 p.m.** |

**ORDER GRANTING DEBTOR'S SECOND EMERGENCY MOTION TO BORROW FUNDS FROM XCEL LEASE AND TREAT SUCH FUNDS AS AN ADMINISTRATIVE CLAIM**

Came to be consider the Second Emergency Motion to Borrow Funds from Xcel Lease and Treat Such Funds as an Administrative Claim filed by ZOO-KONCEPTS, LLC, the Debtor-in-Possession in the above referenced bankruptcy proceeding, and the Court having been informed that the Debtor is in urgent need to borrow an additional $10,000.00 from Xcel Lease to fund its day-to-day operations, including ordering supplies and meeting payroll, and the Court having been further informed that American Bank of Commerce, Lubbock, Texas, the Debtor's secured lender holding a claim against the Debtor's accounts

receivable, is agreeable to the extension of the $10,000.00 loan from Xcel Lease to the Debtor so long as Xcel Lease is paid only after the claims of American Bank of Commerce and any other claims with a security interest against the Debtor's accounts receivable have been fully satisfied, and the Court being of the opinion that the $10,000.00 is necessary and would benefit the bankruptcy estate; It is therefore

ORDERED, ADJUDGED AND DECREED THAT

1. The Debtor is hereby authorized to execute any and all documents necessary to receive a loan from Xcel Lease in the amount of $10,000.00.

2. The repayment of the $10,000.00 to Xcel Lease from the Debtor shall not occur until after the claims of American Bank of Commerce and any other claims with a security interest against the Debtor's accounts receivable have been fully satisfied.

3. The $10,000.00 loan from Xcel Lease shall be treated as an administrative claim pursuant to 11 U.S.C. Section 503, subject to all parties in interest to this case receiving twenty-four day notice to object to such treatment. Therefore, all creditors and parties in interest have until January 3, 2010 to file any objections to the treatment of the $10,000.00 loan as an administrative claim according to the provisions of 11 U.S.C. Section 503. If any objections are timely filed, a hearing will be held before this court with notice given only to the objecting party.

# # # END OF ORDER # # #

**Agreed to:**

  /s/ Jim Hund
Jim Hund
Hund, Krier, Wilkerson & Wright, P.C.
4021 84th Street
Lubbock, Texas 79423
806/783-8700
806/78308710 (fax)