

**The following constitutes the ruling of the court and has the force and effect therein described.**

*[Signature]*

**United States Bankruptcy Judge**

**Signed December 29, 2010**

---

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Zoo-Koncepts, LLC, | § | Case No. 10-50552-rlj-11 |
| | § | |
| *Debtor* | § | |

### ORDER AUTHORIZING SALE RESTAURANT PROPERTY IN ABILENE, TEXAS FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES

ON THIS DAY came to be considered the Motion for Authority to Sell Restaurant Property in Abilene, Texas Free and Clear of all Liens, Claims and Encumbrances ("Motion") filed by Zoo-Koncepts, LLC, the Debtor in Possession in the above-referenced bankruptcy proceeding ("Debtor"), seeking to sell the restaurant property in Abilene, Texas. The Court finds that proper notice was given to all creditors and parties in interest, and that no objections was timely filed. The Court is of the opinion that the sale of the described restaurant property is in the best interest of the estate; it is

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
**ENTERED**
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

THEREFORE ORDERED, ADJUDGED, AND DECREED that the Debtor is hereby authorized to sell the restaurant property located in Abilene, Texas to Rodney Warren of Brownfield, Texas for the gross sales price of $318,000.00, under the terms and conditions described in Debtor's Motion.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Debtor is hereby authorized to sell the described restaurant property free and clear of all liens, claims and encumbrances, and all valid liens, claims and encumbrances, if any, shall attach to the proceeds of sale of the subject property in order of priority, subject to all allowed administrative expenses and claims.

### End of Order ###